UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ESLAM HASSAN,

                Plaintiff,

-against-

CAPTAIN ARGARD, et al.,

                Defendants.

19cv05764 (VEC) (DF)

**SCHEDULING ORDER**

**DEBRA FREEMAN, United States Magistrate Judge:**

Defense counsel having requested an adjournment of the telephone conference scheduled for January 13, 2020 at 10:00 a.m., it is hereby ORDERED that Defendants' counsel shall make arrangements for Plaintiff to participate in a telephone conference call with the Court on **January 28, 2020 at 9:30 a.m.** and shall initiate that call to my chambers on that date.

Dated: New York, New York
       January 14, 2020

SO ORDERED

_____
DEBRA FREEMAN
United States Magistrate Judge

(This resolves Dkt. 33)

Copies to:

Mr. Eslam Hassan
16-A-4333
Sing Sing Correctional Facility
354 Hunter St.
Ossining, NY 10562

Defendants' counsel (via ECF)